# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JIMMY JOE LANSDELL          PLAINTIFF
ADC #108896

V.          NO: 3:17CV00019 JM/PSH

POINSETT COUNTY JAIL, *et al.*          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

DATED this 22nd day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE